No. 11–5750.  CORLEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–5754.  MOORE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5755.  MOORMANN v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 11–5761.  RODRIGUEZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 11–5763.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–5766.  DUTCHER v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 11–5768.  LANE v. FLORIDA PAROLE COMMISSION.  C. A. 11th Cir.  Certiorari denied.

No. 11–5776.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–5777.  COLIMON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–5782.  SLADE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5784.  STAMPS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–5787.  ARIAS-HERNANDEZ, AKA SANCHEZ-CAMACHO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5788.  AMIRNAZMI v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 11–5791.  KAMERLING v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–5795.  SALAZAR-MOJICA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.